UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
           :
UNITED STATES OF AMERICA,          :
           :
       -v-           :        21-CR-277 (PAE)
           :
JAMES BRADLEY, and,          :        SCHEDULING ORDER
ARWA MUTHANA,          :
           :
       Defendants.         :
           :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a pretrial conference in this case for **June 24, 2021** at **9:30 a.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

                                                   *Paul A. Engelmayer*
Dated: June 16, 2021                            PAUL A. ENGELMAYER
      New York, New York                    United States District Judge