UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JAMES BRADLEY, and,
ARWA MUTHANA,

Defendants.

21-CR-277 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from the Government, dated July 26, 2021, summarizing its review of discovery, including classified materials. Much of the letter is appropriately furnished to the Court on an *ex parte* basis. The Court's assessment, however, is that the first page of the letter—up through the start of the final sentence on page 1—is properly publicly filed. The Court requests that the Government publicly file a redacted version of the letter, or submit a letter explaining why such a public filing would be improper.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 26, 2021
    New York, New York