UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
          -v-                                                       :      21-CR-277 (PAE)
                                                                        :
JAMES BRADLEY, and,                                                     :      SCHEDULING ORDER
ARWA MUTHANA                                                            :
                                                                        :
                      Defendants.                                  :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court pretrial conference for **September 17, 2021** at **11:15 a.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: September 8, 2021
       New York, New York

                                              PAUL A. ENGELMAYER
                                              United States District Judge