UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JAMES BRADLEY, and,
ARWA MUTHANA

Defendants.

21-CR-277 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court was notified today by the Justice Department that Mr. Cecutti is not eligible for a heightened security clearance and that Mr. Ma appears not to have applied for one. If correct, this would deprive defendant Bradley of any cleared counsel. The Court directs Mr. Cecutti and Mr. Ma counsel urgently to file a letter on the docket of this case explaining the status of counsels' efforts to obtain the necessary clearance, and how counsel propose to proceed given the evident need for a cleared counsel for each defendant. This letter is due Wednesday, **October 13, 2021**.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 8, 2021
       New York, New York