UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                   :

UNITED STATES OF AMERICA,            :

                                   :

         -v-                  :         21-CR-277 (PAE)

                                   :

JAMES BRADLEY, and,              :         SCHEDULING ORDER
ARWA MUTHANA,                 :

                                   :

                   Defendants.      :

                                   :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The conference currently scheduled in this case for **Feburary 4, 2022** is hereby

rescheduled to **February 3, 2022** at **10:30 a.m.**  The Court hereby converts this conference from

in person, to telephonic, as a result in the rising number of COVID-19 cases within New York

City. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of

COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the

conference, the parties should call 888-363-4749 and use access code 468-4906.


       SO ORDERED.

                              _____
                              PAUL A. ENGELMAYER
Dated: January 28, 2022               United States District Judge
      New York, New York