UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JAMES BRADLEY, and,
ARWA MUTHANA,

Defendants.

21-CR-277 (PAE)

<u>SCHEDULING ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court set the following schedule:

- The next conference in this case is scheduled for **September 30, 2022** at **10:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. In the event that a pretrial motion is made by the Government for the partial closure of the courtroom during the testimony of an undercover or other witness, or for related relief, this conference will be used to give members of the public and press an opportunity to comment on this motion.

- A separate conference is scheduled for **October 6, 2022** at **10:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. This conference will be to take up pretrial motions.

SO ORDERED.

                                                             *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: August 3, 2022
       New York, New York