

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 17, 2022

<u>Via ECF</u>
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *United States v. James Bradley and Arwa Muthana*, 21 Cr. 277 (PAE)

Dear Judge Engelmayer:

    The parties jointly write respectfully to request that the Court adjourn the upcoming pretrial deadlines in this case by approximately two weeks. The parties are in the midst of negotiations which may potentially result in a pretrial resolution of this case. The additional time would permit the parties to devote their efforts to these discussions.

    The parties respectfully submit the proposed revised schedule for pretrial filings, to the extent such filings are necessary, and would not interfere with the scheduled trial date of November 14, 2022:

- Any motions *in limine* due September 23, 2022 (currently September 9, 2022)

- Opposition to any motions *in limine*, as well as requests to charge and proposed voir dire due October 7, 2022 (currently September 23, 2022)

- Pretrial conference to address any pretrial motion by the Government for partial closure of the courtroom or related relief, to be scheduled for a date convenient for the Court (currently September 30, 2022 at 10:30 a.m.)

- Pretrial conference to address any pretrial motions, to be scheduled for a date

convenient for the Court after October 7, 2022 (currently October 6, 2022 at 10:30 a.m.)

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    /S/
      Andrew J. DeFilippis
      Kaylan E. Lasky
      Jason A. Richman
      Assistant United States Attorneys
      (212) 637-2231 / 2315 / 2589

cc:    Defense counsel (by ECF)

**GRANTED.** However, the parties should not expect further extensions of these deadlines. In the event the case is not resolved and pretrial motions are filed, the Court will promptly schedule conference(s) to address any pretrial motion by the Government for the partial closure of the courtroom or related relief, and to address other pretrial motions. For the time being, the conferences scheduled for September 30, 2022, at 10:30 a.m., and October 6, 2022, at 10:30 a.m., remain as scheduled. Closer to those dates, the Court will determine whether there remains a productive purpose to meet on those dates. The Clerk of Court is requested to terminate the motion at Dkt. No. 83.

8/18/2022

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge