LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

January 24, 2023

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: United States v. James Bradley; 21 Cr. 277 (PAE)**

Dear Judge Engelmayer:

      Along with Richard Ma and Kestine Thiele, I represent James Bradley in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. Sentencing is scheduled for February 2, 2023.

      In connection with sentencing, we respectfully request that the Court permit James's father, Greg Bradley, and mother, Sandra Bradley, the opportunity to speak and share their thoughts and insights about their son. Likewise, we also respectfully request that the Court permit deradicalization expert, Mr. Mubin Shaikh from Parents for Peace, the opportunity to discuss his experience with James, the work James has done, and his remarkable progress over approximately 18 months, including his renunciation of extremism, and future prospects. He will also be available for any questions from the Court. Additionally, Mr. Pardeep Kaleka, who also worked with James, and Executive Director of Parents for Peace, Myrieme Churchill, who worked with James's parents, also wish to attend James's sentencing and can be available to respond to any questions from the Court. Finally, Dr. Adeyinka Akinsulure-Smith, Ph.D., ABPP, will attend James's sentencing and is available should the Court have any questions for her.

      Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti, Esq.
Richard Ma, Esq.
Kestine Thiele, Esq.

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 98.

1/26/2023

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge